**COMMONWEALTH of Pennsylvania ex rel. Larry MARSHALL, Appellant,**

v.

**Dewaine GEDNEY, Director Pre-Trial Service Court Bail Program.**

Superior Court of Pennsylvania.

Argued June 13, 1977.

Decided June 20, 1977.

Mitchell S. Lipschutz, Philadelphia, for appellant.

Alan M. Herman, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, Philadelphia, for appellee.

**PER CURIAM:**

The six Judges who heard this case being equally divided the order of the court below is affirmed. The appellant is directed to appear in the court below when called to comply with the order of that court dated May 6, 1977, requiring him to be extradited to the State of New Jersey.

PRICE, J., did not participate in the consideration or decision of this case.